# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DARREN EASTMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE BAR OF CALIFORNIA,<br><br>    Defendant. | Case No. 20-cv-09517-BLF<br><br>**ORDER APPROVING PLAINTIFF'S VOLUNTARY DISMISSAL** |

Pro se Plaintiff Darren Eastman has filed a motion to dismiss this case. *See* Mot., ECF 26. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served either an answer or a motion for summary judgment in this case, so the Court APPROVES Mr. Eastman's dismissal of this case without prejudice. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: May 21, 2021

_____
BETH LABSON FREEMAN
United States District Judge